# FSA Time Credit Assessment
Register Number:17813-509, Last Name:ANNOR

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

```
Register Number....: 17813-509        Responsible Facility: ALF
Inmate Name                           Assessment Date.....: 01-19-2023
  Last.............: ANNOR            Period Start/Stop...: 12-06-2021 to 01-19-2023
  First............: DAVID            Accrued Pgm Days....: 400
  Middle...........:                  Disallowed Pgm Days.: 9
  Suffix...........:                  FTC Towards RRC/HC..: 0
Gender.............: MALE             FTC Towards Release.: 150
Start Incarceration: 10-29-2021       Can Apply FTC.......: No
```

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-06-2021 | 01-19-2023 | accrue | 400 |

  **Cannot apply FTC**
  **Detainer: Yes**

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-06-2021 | 09-02-2022 | accrue | 270 |

  Accrued Pgm Days...: 270
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 90

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 09-02-2022 | 01-01-2023 | accrue | 121 |

  Accrued Pgm Days...: 121
  Carry Over Pgm Days: 0
  Time Credit Factor.: 15
  Time Credits.......: 60

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 01-01-2023 | 01-10-2023 | disallow | 9 |

  **Incomplete needs assessment**
    Missing Need Area(s)
    Anger/Hostility
    Antisocial Peers
    Cognitions
    Family/Parenting
    Finance/Poverty
    Medical
    Mental Health
    Recreation/Leisure/Fitness
    Trauma

```
                              FSA Time Credit Assessment
                        Register Number:17813-509, Last Name:ANNOR
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS
```

```
   Work
-------------------------------------------------------------------------------
Start       Stop        Pgm Status  Pgm Days
01-10-2023  01-19-2023  accrue      9
   Accrued Pgm Days...: 9
   Carry Over Pgm Days: 1
   Time Credit Factor.: 15
   Time Credits.......: 0
-------------------------------------------------------------------------------
 #   Start       Stop        Status    Risk Assignment  Risk Asn Start    Factor
001  12-06-2021  06-04-2022  ACTUAL    FSA R-LW         12-07-2021 0851   10
002  06-04-2022  09-02-2022  ACTUAL    FSA R-LW         05-10-2022 0832   10
003  09-02-2022  12-01-2022  ACTUAL    FSA R-LW         05-10-2022 0832   15
004  12-01-2022  03-01-2023  ACTUAL    FSA R-LW         10-19-2022 2234   15
```

Assessment Date: 01-19-2023                (2)                Assessment# -2147006442