UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ANNOR, | : |
| Petitioner | : CIVIL ACTION NO. 3:23-0227 |
| v. | : (JUDGE MANNION) |
| RACHAEL THOMPSON, | : |
| Respondent | : |

**ORDER**

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: May 16, 2023
23-0227-01-ORDER